UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CASE NO. 5:00-CV-39-R
(Consolidated With No. 5:99-CV-00170-M)
ELECTRONICALLY FILED

UNITED STATES OF AMERICA ex rel. NATURAL RESOURCES
DEFENSE COUNCIL, et al., and JOHN DAVID TILLSON,               PLAINTIFFS

vs.

LOCKHEED MARTIN CORPORATION, et al.,                           DEFENDANTS

\*\*\* \*\*\* \*\*\*

STIPULATION OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF CLAIMS ASSERTED IN COUNT VII
OF RELATOR JOHN DAVID TILLSON'S SECOND AMENDED COMPLAINT

Comes the plaintiff-relator, John David Tillson, by counsel, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure and tenders herewith a stipulation of dismissal, without prejudice, of the claims Tillson asserted in Count VII of his Second Amended Complaint, specifically the "barrier wall" and "pump-and-treat" claims. Tillson's undersigned counsel states that counsel for all of the parties remaining in this consolidated case have manually signed a copy of this pleading, which is deemed a pleading in counterpart form, and authorized this filing.

The names of those counsel and the parties they represent are as follows:

William F. Campbell, Jr., Esq., Assistant United States Attorney for the Western District of Kentucky, counsel for the intervening plaintiff, United States of America, hereinafter "The United States of America, Intervening Plaintiff";

Joseph R. Egan, Esq. and Charles J. Fitzpatrick, Esq., counsel for Natural Resources Defense

Council, Inc., Dr. Thomas B. Cochran, Charles F. Deuschle, Ronald B. Fowler, and Garland E. Jenkins, relators-plaintiffs, hereinafter "The Natural Resources Defense Council Relators";

Victor A. Walton, Jr., Esq., counsel for the defendants, Lockheed Martin Corporation, Lockheed Martin Utility Systems, Inc., Lockheed Martin Energy Systems, Inc., and Martin Marietta Energy Systems, Inc., hereinafter "The Lockheed Martin Corporation Defendants."

Science Applications International Corporation, formerly a defendant in 5:00 CV-39-R, represented by Thomas H. Dundon, Esq., is no longer a party in this consolidated case.

Respectfully submitted,

s/ Stanley W. Whetzel, Jr.
STANLEY W. WHETZEL, JR.
RUTH ANN COX PENCE
PEDLEY ZIELKE GORDINIER & PENCE, PLLC
2000 Meidinger Tower
462 South Fourth Avenue
Louisville, KY 40202-2555
(502) 589-4600
Attorneys for John David Tillson

HAVE SEEN AND AGREE TO STIPULATION OF DISMISSAL:

The United States of America, Intervening Plaintiff

s/ William F. Campbell, Jr.

The Natural Resources Defense Council Relators

s/ Charles J. Fitzpatrick

-2-

The Lockheed Martin Corporation Defendants

s/ Victor A. Walton, Jr.

-3-

Copies to:  Counsel of record