UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:99-CV-170

UNITED STATES OF AMERICA, *ex rel.*                       PLAINTIFFS
NATURAL RESOURCES DEFENSE COUNCIL, *et al.*

v.

LOCKHEED MARTIN CORPORATION, *et al.*                 DEFENDANTS

**ORDER**

The Magistrate Judge has filed his report, and no objections have been filed. The Magistrate Judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein.

It is THEREFORE ORDERED that discovery will be extended to allow the defendants to investigate the additional contention. No attorney's fees or expenses are awarded. The parties should contact the magistrate judge's chambers to schedule a conference to discuss the length of the extension needed. The parties should confer about the appropriate timetable prior to the conference.

                                                            *[signature]*
                                          Joseph H. McKinley, Jr., Chief Judge
                                                  **United States District Court**

                                                                      December 8, 2014

Cc:     counsel