**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. NATURAL RESOURCES | ) | Civil Action No. 5:99CV00170-M |
| DEFENSE COUNCIL, et al., | ) | (Consolidated with No. 5:00CV-39-M) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Greg N. Stivers |
| v. | ) | Magistrate Judge Lanny King |
| | ) | |
| LOCKHEED MARTIN | ) | |
| CORPORATION, et al., | ) | Filed Electronically |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THE
MOTION FOR LEAVE TO SUBSTITUTE A PROPER PLAINTIFF**

### I.      Motion

Plaintiffs, by and through the undersigned counsel, move this Court for an Order

substituting Mrs. Susie Jenkins for the deceased Plaintiff Garland Edward "Bud" Jenkins,

pursuant to Fed. R. Civ. P. 25(a)(1).  The reasons for supporting this Motion are articulated in the

below Memorandum of Law.

### II.      Memorandum of Law

Plaintiff Garland Jenkins, one of five relators that filed the initial complaint in this action

in June 1999, died on March 30, 2015.  Pursuant to Fed. R. Civ. P. 25(a)(1), this Court may order

substitution of a proper party if the claim is not extinguished.  Actions brought pursuant to the

False Claims Act survive the death of the relator.  *United States ex rel. Neher v. NEC*

*Corporation*, 11 F.3d 136, 138-39 (11th Cir. 1993); *United States ex rel. Hood v. Satory Global,*

*Inc.*, 946 F. Supp. 2d 69, 80-81 (D.D.C. 2013).  Plaintiff Jenkins's claims, therefore, are not

extinguished by his death and this Court has the authority to substitute the plaintiff.

Mrs. Susie Jenkins is a proper party to be substituted.  An executor, administrator, or distributee of a decedent's estate is a proper party under Rule 25(a)(1).  *See Sinto v. United States Dept. of Justice*, 176 F.3d 512, 516 (D.C. Cir. 1999).  Plaintiff Jenkins died intestate; therefore Mrs. Susie Jenkins, Plaintiff Jenkins's surviving spouse, is a successor to Plaintiff Jenkins.  *See* Ky. Rev. Stat. Ann. 392.020.  Thus, because Plaintiff Jenkin's estate has been distributed, Mrs. Jenkins is "a 'successor' of an estate that has been distributed and thus can be a proper party."  *Sinto*, 176 F.3d at 516; *Rende v. Kay*, 415 F.2d 983, 985 (D.C. Cir. 1969); *Ashley v. Illinois Central Gulf R.R.*, 98 F.R.D. 722, 724 (S.D. Miss. 1983); *McSurely v. McClellan*, 753 F.2d 88, 98-99 (D.C. Cir. 1985) (holding that surviving spouses are proper parties to be substituted).

For the reasons stated above, Plaintiffs respectfully request the Court enter an Order substituting Mrs. Susie Jenkins for Plaintiff Garland "Bud" Jenkins, pursuant to Fed. R. Civ. P. 25(a)(1).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| **DATED**:  June 29, 2015 | */s/ Jennifer A. Williams* |
| William F. McMurry | Jennifer A. Williams |
| William F. McMurry & Associates | GRANT & EISENHOFER, P.A. |
| 1211 Herr Lane, Suite 205 | 123 Justison Street |
| Louisville, Kentucky 40222 | Wilmington, DE 19801 |
| Telephone: (502) 426-3832 | Telephone: (302) 622-7000 |
| Charles J. Fitzpatrick | James L. Sabella |
| EGAN, FITZPATRICT & MALSCH, PLLC | GRANT & EISENHOFER, P.A. |
| 12500 San Pedro Avenue, Suite 555 | 485 Lexington Ave. |
| San Antonio, Texas 78216 | New York, NY 10017 |
| Telephone: (210) 496-5001 | Telephone: (646) 722-85000 |

*Counsel for Plaintiff, Natural Resources Defense Council, Inc., Thomas B. Cochran, Ronald B. Fowler, Charles F. Deuschle, and Garland E. Jenkins*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June 2015, a true and correct copy of the above and foregoing Plaintiffs' Motion and Memorandum of Law In Support Of the Motion For Leave To Substitute A Proper Plaintiff, and Proposed Order were served by notice of electronic filing to all parties registered with the Court's electronic filing system.

/s/ Jennifer A. Williams
Jennifer A. Williams