**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. NATURAL RESOURCES ) <br> DEFENSE COUNCIL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LOCKHEED MARTIN ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 5:99CV00170-M <br> (Consolidated with No. 5:00CV-39-M) <br><br> Judge Greg N. Stivers <br> Magistrate Judge Lanny King <br><br><br> <u>Filed Electronically</u> |

## **ORDER**

Having considered Plaintiffs' Motion and Memorandum of Law In Support of the Motion To Substitute A Proper Plaintiff, Plaintiffs' motion is hereby granted and

IT IS HEREBY ORDERED that Plaintiff Susie Jenkins is substituted as a proper Plaintiff in this action.

SO ORDERED this ___ day of _____, 2015.

_____
Honorable Greg N. Stivers
UNITED STATES DISTRICT JUDGE